US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM,** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )   Case No.: 1:05-CV-02352 <br> ) <br> ) |
| **WASHINGTON HOSPITAL CENTER,** | ) <br> ) |
| Defendant. | ) <br> ) |

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant, Washington Hospital Center, through counsel, King Pagano Harrison, hereby requests an extension of time until January 11, 2006 to answer or otherwise respond to Plaintiff's Complaint. In support thereof, Defendant states:

1. Plaintiff filed his Complaint with this Court on December 8, 2005.

2. Defendants' Responsive Pleading is due on or about December 28, 2005.

3. Counsel for Defendant requires additional time to properly answer or otherwise respond to Plaintiff's Complaint.

4. Counsel for Defendant contacted Plaintiffs' counsel, Brian Shaughnessy, who consented to an extension of time until January 11, 2006 for Defendant to answer or otherwise respond.

WHEREFORE, Defendant Washington Hospital Center respectfully requests that this Honorable Court grant its Consent Motion for an Extension of Time until January 11, 2006 to Answer or Otherwise Respond to Plaintiff's Complaint.

77156

                Respectfully submitted,

Dated:  December 22, 2005                _____/s/_____
                Keith J. Harrison (D.C. Bar # 416755)
                Daniel M. Creekman (D.C. Bar # 488983)
                KING PAGANO HARRISON
                1730 Pennsylvania Ave, N.W., Suite 900
                Washington, DC 20006
                (202) 371-6800
                (202) 371-6770 (fax)

                Counsel for Washington Hospital Center

77156