## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

———————————————————————————
                                                    )
**FADY KASSEM,**                                    )
                                                    )
     **Plaintiff,**         )
                                                    )
     **v.**                  )     **Case No.: 1:05-CV-0235**
                                                    )
                                                    )
**WASHINGTON HOSPITAL CENTER,**                     )
                                                    )
     **Defendant.**          )
———————————————————————————)

### ORDER

UPON REVIEW of Defendant's Consent Motion for Extension of Time, Defendant's

request for additional time in which to answer or otherwise respond to Plaintiff's Complaint, is

hereby

GRANTED.

It is FURTHER ORDERED that the time in which Defendant may answer or otherwise

respond to Plaintiff's Complaint is hereby extended until January 11, 2006.


Dated:_____          _____
                                   Judge, US District Court for D.C.


77157