# EXHIBIT A



# Washington Hospital Center

### Sign-on Bonus Acknowledgement

You are eligible to receive a sign-on bonus. Washington Hospital Center's sign-on bonus program is administered according to the following guidelines:

1. Your sign-on bonus will be paid in two installments. The first one-half of the total amount will be processed for payment within seven days of your successful completion of your probationary period. The second half of the bonus will be processed for payment within seven days of your completing an additional three months of employment after your probationary period ends.

2. To receive the bonus, you must be employed by the Hospital Center at the time the payment(s) are processed.

3. By accepting the position with Washington Hospital Center and receiving the bonus, you are agreeing to remain in the employment of the Hospital Center in a qualifying position for a two- year minimum period. If you voluntarily terminate your employment within two years of hire or are involuntarily terminated or transfer into a non-qualifying position before completing two years of service in a qualifying position, you will be required to repay any bonus money received. Any amount owed may be collected from final paychecks, including PDO/vacation payouts.

4. All bonuses are taxed and reported as income.

I have read and understand the above conditions.

_____Fady Kassem_____    _____Fady_____    ___7/26/01___
Print name                Signature            Date

*MedStar Health*
110 Irving Street, NW, Washington, DC 20010-2975
www.WHCenter.org