IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fady Kassem,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 1:05-CV-02352 |
| **Washington Hospital Center,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Defendant Washington Hospital Center's Motion to Dismiss, Plaintiff's Opposition, and Defendant's Reply thereto, it is hereby ORDERED that Defendant's Motion to Dismiss is hereby:

GRANTED. Plaintiff's Complaint against Defendant Washington Hospital Center is therefore dismissed, in its entirety.

Dated this_____ date of 2006.


_____
The Honorable Judge James Robertson,
United States District Court for the District of
Columbia

77363

Copies to:

Counsel for Plaintiff Fady Kassem:

Brian W. Shaughnessy
Shaughnessy, Volzer & Gagner, P.C.
913 M Street, NW
Suite 101
Washington, District of Columbia 20001


Counsel for Defendant Washington Hospital Center:

Keith J. Harrison
Daniel M. Creekman
King Pagano & Harrison
1730 Pennsylvania Avenue
Suite 900
Washington, DC  20006