IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**WASHINGTON HOSPITAL CENTER**<br><br>　　　　　**Defendant.** | **CASE NO.: 1:05-cv-02352**<br>**Judge Robertson** |

## CONSENT MOTION TO EXTEND TIME

COMES NOW plaintiff Fady Kassem, by and through counsel, and requests an extension of time to respond to defendant's Motion to Dismiss for the following reasons:

1. Plaintiff's response to defendant's Motion to Dismiss is presently due January 26, 2006.

2. Plaintiff was late in obtaining the Motion because of difficulties with counsel's electronic filing system. The Motion was not received until January 18 by e-mail from defendant's attorney who kindly forwarded a copy.

3. The response requires careful research and preparation. Because of counsel's other obligations he has not had sufficient time to do that.

4. Counsel for defendant has consented to an extension of time to respond until February 3, 2006

WHEREFORE, plaintiff requests an extension until February 3, 2006.

Respectfully submitted,

_____
Brian W. Shaughnessy
DCB No. 89946
913 M Street, NW, Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for Plaintiff
Fady Kassem

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing pleading was mailed, first class postage prepaid, this 25th day of January 2006 to Daniel M. Creekman, KING PAGANO HARRISON, 1730 Pennsylvania Ave., N.W., Suite 900, Washington, D.C. 20006

_____
Brian W. Shaughnessy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FADY KASSEM**

        **Plaintiff,**

v.

**WASHINGTON**

**HOSPITAL CENTER**

        **Defendant.**

CASE NO.: 1:05-cv-02352
Judge Robertson

## ORDER

Upon consideration of plaintiff's Motion to Ext4end Timer and defendant's consent thereto, and the entire record, it is hereby

ORDERED, this ___ day of January 2006, that defendants' Motion to Extend Time within which to respond to defendant's Motion to Dismiss is extended until February 3, 2006.

                                                      _____
                                                      JUDGE

Copies to:

Daniel M. Creekman
KING PAGANO HARRISON
1730 Pennsylvania Ave., N.W., Suite 900
Washington, D.C. 20006

Brian W. Shaughnessy
913 M Street, N.W., Suite 101
Washington, D.C. 20001