IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM**<br><br>            **Plaintiff,**<br>   v.<br><br>**WASHINGTON**<br><br>**HOSPITAL CENTER**<br><br>            **Defendant.** | **CASE NO.: 1:05-cv-02352**<br>**Judge Robertson** |

### CONSENT MOTION TO EXTEND TIME

COMES NOW plaintiff Fady Kassem, by and through counsel, and moves this Court to extend time for two business days to file plaintiff's Opposition to defendant's Motion to Dismiss for the following reasons:

1. Plaintiff's Opposition is presently due to be filed on February 3, 2006.

2. The Opposition has two moderately complicated legal issues, which counsel has nearly completed.

3. Plaintiff, a California resident, is coming into town this weekend, and counsel would like to have plaintiff review and comment on the Opposition before it is filed.

4. Defendant's counsel has consented to this motion.

WHEREFORE, plaintiff requests that an extension of two business days until February 7, 2006, be granted within which to file his Opposition to the Motion to Dismiss.

Respectfully submitted,


_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW, Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM**<br><br>          **Plaintiff,**<br>     v.<br><br>**WASHINGTON**<br><br>**HOSPITAL CENTER**<br><br>          **Defendant.** | **CASE NO.: 1:05-cv-02352**<br>**Judge Robertson** |

## ORDER

Upon consideration of plaintiff's Motion to Extend Time and defendant's consent thereto, and the entire record, it is hereby

ORDERED, this ___ day of February 2006, that defendants' Motion to Extend Time within which to respond to defendant's Motion to Dismiss is extended until February 7, 2006.

_____
JUDGE

Copies to:

Daniel M. Creekman
KING PAGANO HARRISON
1730 Pennsylvania Ave., N.W., Suite 900
Washington, D.C. 20006

Brian W. Shaughnessy
913 M Street, N.W., Suite 101
Washington, D.C. 20001