## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FADY KASSEM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05-CV-02352 |
| ) | |
| WASHINGTON HOSPITAL CENTER, ) | |
| ) | |
| Defendant. ) | |

### CONSENT MOTION FOR EXTENSION OF
### TIME TO ANSWER OR OTHERWISE RESPOND

Defendant, Washington Hospital Center, through counsel, King Pagano Harrison, hereby requests an extension of time until February 21, 2006 to reply to Plaintiff's Opposition to the Hospital's Motion to Dismiss. In support thereof, Defendant states:

1. The Hospital's Reply to Plaintiff's Opposition is presently due on February 14, 2006.

2. As Plaintiff has indicated, the opposition has two moderately complicated legal issues, requiring additional legal research.

3. The extensions granted to Plaintiff to file his opposition, to which the Hospital consented, has caused the deadline for the Reply to conflict with defense counsel's previously established obligations.

4. Accordingly, Counsel for Defendant requires additional time to properly reply to Plaintiff's Opposition.

77840

5. Counsel for Defendant contacted Plaintiffs' counsel, Brian Shaughnessy, who consented to an extension of time until February 21, 2006 for Defendant to Reply to Plaintiff's Opposition.

WHEREFORE, Defendant Washington Hospital Center respectfully requests that this Honorable Court grant its Consent Motion for an Extension of Time until February 21, 2006 to reply to Plaintiff's Opposition.

Respectfully submitted,

Dated: February 13, 2006                              /s/
Keith J. Harrison (D.C. Bar # 416755)
Daniel M. Creekman (D.C. Bar # 488983)
KING PAGANO HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

Counsel for Washington Hospital Center

US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br>     v. ) <br> ) <br> ) <br> **WASHINGTON HOSPITAL CENTER,** ) <br> ) <br>     **Defendant.** ) <br> ) | Case No.: 1:05-CV-0235 |

### **ORDER**

UPON REVIEW of Defendant's Consent Motion for Extension of Time, Defendant's request for additional time in which to reply to Plaintiff's Opposition, is hereby

GRANTED.

It is FURTHER ORDERED that the time in which Defendant may file its Reply is hereby extended until February 21, 2006.


Dated:_____          _____
                                                         Judge, US District Court for D.C.