UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FADY KASSEM,                        :
                                    :
        Plaintiff,                  :
                                    :
    v.                              : Civil Action No. 05-2352 (JR)
                                    :
WASHINGTON HOSPITAL CENTER,         :
                                    :
        Defendant.                  :

**<u>ORDER</u>**

Upon consideration of defendant's reply [8] to plaintiff's opposition [6] to the pending motion to dismiss [3], plaintiff is invited to file within eleven days of the date of this order a surreply addressing the questions of what administrative remedy, if any, is or was available to plaintiff; whether plaintiff has sought or will seek such a remedy; and whether a dismissal for failure to invoke or exhaust such a remedy would implicate applicable statutes of limitations.


                            JAMES ROBERTSON
                        United States District Judge