IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**WASHINGTON HOSPITAL CENTER**<br><br><br>　　　　　　**Defendant.** | **CASE NO.: 1:05-cv-02352**<br>**Judge Robertson** |

## MOTION TO EXTEND TIME

COMES NOW plaintiff Fady Kassem, by and through counsel, and moves this Court to extend time until March 20, 2006 to file plaintiff's Surreply to defendant's Reply to Motion to Dismiss for the following reasons:

1. Plaintiff's Surreply was presently due to be filed on March 13, 2006.

2. Plaintiff's counsel calendared the filing for March 20, 2006 by error.

3. Counsel noted the error today and called defense counsel to request consent to this motion, but counsel has not yet responded.

4. Counsel has a legal matter in Florida on March 17, for which he is leaving shortly. Counsel will return on Saturday and will be able to complete the Surreply on Monday, March 20, 2006.

WHEREFORE, plaintiff requests that an extension of five business days until March 20, 2006, be granted within which to file his Surreply to the Motion to Dismiss.

Respectfully submitted,

_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW, Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**WASHINGTON**<br><br>**HOSPITAL CENTER**<br><br>        **Defendant.** | **CASE NO.: 1:05-cv-02352**<br>**Judge Robertson** |

## ORDER

Upon consideration of plaintiff's Motion to Extend Time and the entire record, it is hereby

ORDERED, this ___ day of March 2006, that defendants' Motion to Extend Time within which to surreply to defendant's Motion to Dismiss is extended until March 20, 2006.

 

_____
JUDGE

Copies to:

Daniel M. Creekman  
KING PAGANO HARRISON  
1730 Pennsylvania Ave., N.W., Suite 900  
Washington, D.C. 20006

Brian W. Shaughnessy  
913 M Street, N.W., Suite 101  
Washington, D.C. 20001