IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM**<br><br>Plaintiff,<br>v.<br><br>**WASHINGTON HOSPITAL CENTER**<br><br>Defendant. | **CASE NO.: 1:05-cv-02352**<br>**Judge Robertson** |

## MOTION TO EXTEND TIME

COMES NOW plaintiff Fady Kassem, by and through counsel, and moves this Court to extend time until March 22, 2006 to file plaintiff's Surreply to defendant's Reply to Motion to Dismiss for the following reasons:

1. Plaintiff's Surreply is presently due to be filed on March 20, 2006.

2. Plaintiff's counsel had attended a legal matter on the weekend and was required to put more time in than expected so he was unable to prepare the Surreply on Sunday and he was engaged in depositions today that took the entire day.

3. Counsel has most of March 21 to prepare the Surreply, but anticipates that it will take part of the next day to complete it.

WHEREFORE, plaintiff requests that an extension of two business days until March 22, 2006, be granted within which to file his Surreply to the Motion to Dismiss.

Respectfully submitted,

_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW, Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM**<br><br>           **Plaintiff,**<br><br>    v.<br><br>**WASHINGTON**<br><br>**HOSPITAL CENTER**<br><br>           **Defendant.** | **CASE NO.: 1:05-cv-02352**<br>**Judge Robertson** |

### ORDER

Upon consideration of plaintiff's Motion to Extend Time and the entire record, it is hereby

ORDERED, this ___ day of March 2006, that plaintiff's Motion to Extend Time within which to surreply to defendant's Motion to Dismiss is extended until March 22, 2006.

_____
JUDGE

Copies to:

Daniel M. Creekman
KING PAGANO HARRISON
1730 Pennsylvania Ave., N.W., Suite 900
Washington, D.C. 20006

Brian W. Shaughnessy
913 M Street, N.W., Suite 101
Washington, D.C. 20001