US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FADY KASSEM,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 1:05-CV-02352 (JR) |
| **WASHINGTON HOSPITAL CENTER,** | ) ) ) | |
| Defendant. | ) ) ) | |

## OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME

Defendant Washington Hospital Center, by counsel, respectfully objects to Plaintiff's second motion to extend the time to file his Surreply. While the Hospital has not previously objected to any such request, it feels compelled to do so now for the following reasons:

Plaintiff should not be allowed to continually disregard Court-ordered deadlines. Having missed two deadlines already, Plaintiff is now asking this Court to establish a third deadline for a brief the Court specifically requested nearly a month ago. Given that this Court initially allowed Plaintiff eleven days within which to file his Surreply, Plaintiff should not now be allowed to double that time on his own initiative. Accordingly, this Court should deny Plaintiff's most recent Motion to Extend Time.

On February 28, 2006, this Court issued an Order "invit[ing] [Plaintiff] to file within eleven days of the date of this Order a Surreply addressing" the issues raised by Defendant's Reply in Support of Its Motion to Dismiss. Plaintiff's Surreply, therefore, was due on March 13, 2006. Three days after this deadline had passed, Plaintiff filed his First Motion to Extend the filing deadline until March 20, 2006, which this Court granted on March 20, 2006. Twelve

78559

minutes before this March 20, 2006 deadline expired, Plaintiff filed a Second Motion to Extend. Plaintiff, therefore, not only failed to meet this Court's deadline but also failed to meet his own suggested deadline for a filing specifically requested by this Court.

Plaintiff has now had, and missed, two opportunities to file the Surreply requested by this Court and should not be permitted a third. Plaintiff has no right of a Surreply, and indeed, was not required by this Court's Order to file a Surreply. Rather, this Court, through its February 28, 2006 Order, merely "invited" Plaintiff to file a Surreply "within eleven days of the date of this Order." Plaintiff's delay in providing this Surreply should be viewed as a decline of the invitation. Indeed, Plaintiff's most recent motion makes clear that the Surreply has not yet been prepared after nearly three weeks from this Court's Order. Accordingly, this Court should deny Plaintiff's Motion to Extend based on Plaintiff's consistent disregard of Court established deadlines.

Respectfully submitted,

Dated: March 21, 2006                    /s/
Keith J. Harrison (D.C. Bar # 416755)
Daniel M. Creekman (D.C. Bar # 488983)
KING PAGANO HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

Counsel for Washington Hospital Center

78559