UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FADY KASSEM, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-2352 (JR) |
| WASHINGTON HOSPITAL CENTER, | : |
| Defendant. | : |

**ORDER**

Plaintiff was invited to file a surreply "addressing the questions of what administrative remedy, if any, is or was available to plaintiff; whether plaintiff has sought or will seek such a remedy; and whether a dismissal for failure to invoke or exhaust such a remedy would implicate applicable statutes of limitations." The surreply plaintiff has filed instead reargues his whole case and addresses only the first of those questions (obliquely). Leave to late-file such an unresponsive surreply [11] is **denied,** and the surreply that plaintiff subsequently filed [13] will be **stricken.**

JAMES ROBERTSON
United States District Judge