IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FADY KASSEM**

                **Plaintiff,**

   v.

**WASHINGTON HOSPITAL CENTER**

                **Defendant.**

**CASE NO.: 1:05-cv-02352**
**Judge Robertson**

## MOTION FOR LEAVE TO FILE TIME HAVING EXPIRED

COMES NOW plaintiff Fady Kassem, by and through counsel, and moves this Court permit him to file his Surreply, time having expired for the following reasons:

1. Plaintiff filed his Surreply on March 22, 2006. The Court refused to grant the Motion to Extend and rejected plaintiff's Surreply for failing to be responsive to the Court's directions for the Surreply.

2. Plaintiff's counsel had thought the Surreply was responsive, but was plainly mistaken.

3. Counsel has prepared a Surreply that he believes is responsive to the Court's concerns. That Surreply, which plaintiff requests that the Court accept for filing, is being electronically filed contemporaneously herewith.

WHEREFORE, plaintiff requests that his Surreply be accepted for filing, time having expired

Respectfully submitted,

_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW, Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM**<br><br>**Plaintiff,**<br><br>v.<br><br>**WASHINGTON**<br><br>**HOSPITAL CENTER**<br><br>**Defendant.** | **CASE NO.: 1:05-cv-02352**<br>**Judge Robertson** |

## ORDER

Upon consideration of plaintiff's Motion for Leave to File, Time Having Expired and the entire record, it is hereby

ORDERED, this ___ day of March 2006, that plaintiff's Motion for Leave to File, Time Having Expired is GRANTED and plaintiff's Surreply is accepted for filing..

_____
JUDGE

Copies to:

Daniel M. Creekman
KING PAGANO HARRISON
1730 Pennsylvania Ave., N.W., Suite 900
Washington, D.C. 20006

Brian W. Shaughnessy
913 M Street, N.W., Suite 101
Washington, D.C. 20001