US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM,** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No.: 1:05-CV-02352 (JR) <br> ) <br> ) |
| **WASHINGTON HOSPITAL CENTER,** | ) <br> ) |
| Defendant. | ) <br> ) |

## MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S SURREPLY

Defendant, Washington Hospital Center, through counsel, King Pagano Harrison, hereby respectfully requests leave to file the attached Reply to Plaintiff's Surreply filed on March 31, 2006. In support thereof, Defendant states:

1. In response to Defendant's Reply in support of its Motion to Dismiss, this Court, in a February 28, 2006 Order, invited Plaintiff to file "a Surreply addressing the question of what administrative remedy, if any, is or was available to Plaintiff; whether Plaintiff has sought or will seek such a remedy; and whether a dismissal for failure to invoke or exhaust such a remedy would implicate applicable statute of limitations."

2. Plaintiff ultimately filed his Surreply on March 31, 2006.

3. Defendant respectfully seeks leave from this Court to file the attached Reply to Plaintiff's Surreply in order to give Defendant an opportunity to address issues that were raised for the first time by this Court's Order and Plaintiff's Surreply.

78790

WHEREFORE, Defendant respectfully requests that it be granted leave to file the attached Reply to Plaintiff's Surreply.

Respectfully submitted,

Dated:  March 31, 2006
/s/
Keith J. Harrison (D.C. Bar # 416755)
Daniel M. Creekman (D.C. Bar # 488983)
KING PAGANO HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

Counsel for Washington Hospital Center

78790