## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05CV02352 (JR) |
| ) | |
| **WASHINGTON HOSPITAL CENTER,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

UPON REVIEW of Defendant's Motion for Leave to File Reply to Plaintiff's Surreply, Defendant's motion is hereby

GRANTED.

Dated:_____          _____
                                              Judge, US District Court for D.C.

Copied to:

Keith J. Harrison                        Brian Shaughnessy
Daniel M. Creekman                       913 M St., NW Ste 101
King Pagano Harrison                     Washington, DC 20001
1730 Pennsylvania Ave., NW Ste. 900
Washington, DC 20006

78791