**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
FADY KASSEM,                     :
                                 :
        Plaintiff,                :
                                 :
    v.                           : Civil Action No. 05-2352 (JR)
                                 :
WASHINGTON HOSPITAL CENTER,      :
                                 :
        Defendant.               :
```

## ORDER

For the reasons set forth in the accompanying memorandum, defendant's motion to dismiss [3] is **granted**.

It is **SO ORDERED**.

```
                              JAMES ROBERTSON
                         United States District Judge
```