UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

SEP 2 2 2006

RECEIVED

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
2006 SEP 22 PM 5: 28
FILING DEPOSITORY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FADY KASSEM

   Plaintiff-Appellant

v.

WASHINGTON HOSPITAL CENTER

   Defendant-Appellee

CASE NO.: 1:05-cv-02352
Judge Robertson

### NOTICE OF APPEAL

Notice is hereby given this 22nd day of September, 2006, that Plaintiff Fady Kassem hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 25th day of August, 2006 in favor of Washington Hospital Center against said Fady Kassem.

/s/ Brian W. Shaughnessy
Brian W. Shaughnessy, DCN 89946
913 M Street, NW, Suite 101
Washington, DC 20001
(202) 842-1700

Attorney for Plaintiff-Appellant

CLERK  Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Daniel M. Creekman
KING PAGANO HARRISON
1730 Pennsylvania Ave., N.W., Suite 900
Washington, D.C. 20006

Brian W. Shaughnessy
913 M Street, N.W., Suite 101
Washington, D.C. 20001

RECEIVED
SEP 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT