# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-7161**                                          **September Term, 2007**

FADY KASSEM,
               APPELLANT

v.

WASHINGTON HOSPITAL CENTER,
               APPELLEE



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JAN 2 2 2008

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv02352)

Before: ROGERS, GARLAND and KAVANAUGH, *Circuit Judges*.

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed in part and reversed in part, in accordance with the opinion of the court filed herein this date.

<u>Per Curiam</u>

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Michael C. McGrail
Deputy Clerk

Date: January 22, 2008

Opinion for the court filed by Circuit Judge Garland.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk