IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM**<br><br>            **Plaintiff,**<br>   v.<br><br>**WASHINGTON HOSPITAL CENTER**<br><br>            **Defendant.** | **CASE NO. 1:05-cv-02352**<br>**Judge Robertson** |

### CERTIFICATE REGARDING DISCOVERY

THE CLERK WILL NOTE that on this 30th day of May 2008, counsel for plaintiff Fady Kassem served upon defendant Washington Hospital Center plaintiff's first Set of Interrogatories and plaintiff's Request for Production of Documents.

Counsel for plaintiff Kassem will retain the original of these documents until such time as the case is disposed of or until a judicial resolution of the matter is reached and the applicable time for appeal has expired.

Respectfully submitted,

_____/s/_____
Brian W. Shaughnessy
D.C. Bar 89946
913 M Street, N.W., Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

     HEREBY CERTIFY that on the 30th day of May 2008, I caused a copy of the foregoing pleading to be sent via the Court's electronic filing system to

     Keith J. Harrison, Esquire
     CROWELL & MORING LLP
     1001 Pennsylvania Avenue, NW
     Washington, DC 20004-2595

                                     _____/s/_____
                                           Brian W. Shaughnessy