**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FADY KASSEM, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.   : | Civil Action No. 05-2352 (JR) |
| : | |
| WASHINGTON HOSPITAL CENTER, : | |
| : | |
| Defendant. : | |

**ORDER**

No objection having been made by either party to the suggestion made at a status conference held on June 26, it is **ORDERED** that this case is referred to Magistrate Judge Alan Kay for mediation. The pretrial and trial dates of October 9 and October 20, 2008, remain firm.


                                    JAMES ROBERTSON
                              United States District Judge