REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-M

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1332 Diversity-Contract Dispute | | | |
|---|---|---|---|---|
| CASE NO:<br>05-2352 | DATE REFERRED:<br>7/7/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>James Robertson | MAG. JUDGE<br>Alan Kay |

| PLAINTIFF(S):<br>FADY KASSEM | DEFENDANT(S):<br>WASHINGTON HOSPITAL CENTER |
|---|---|

ENTRIES: