IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM**<br><br>          **Plaintiff,**<br>     v.<br><br>**WASHINGTON HOSPITAL CENTER**<br><br>          **Defendant.** | **CASE NO.: 1:05-cv-02352**<br>**Judge Robertson** |

## MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

COMES NOW, plaintiff Fady Kassem, by and through counsel, request this court to order defendant, Washington Hospital Center to respond to plaintiff's discovery requests for the following reasons.

Plaintiff Kassem served by hand-delivery on defendant Washington Hospital Center plaintiffs First Set of Interrogatories and First Request for Production of Documents on June 20, 2008. Plaintiff Kassem served by hand-delivery on defendant Washington Hospital Center plaintiff Second Request for Production of Documents on July 14, 2008. Defendant has failed to respond to any of the two discovery requests.

Fed. R. Civ. P. 37 permits an order compelling answers to discovery requests.

WHEREFORE, plaintiff Kassem requests that this Court order defendant to respond promptly and fully to all of plaintiff Kassem's discovery requests.

Respectfully submitted,

_____
Brian W. Shaughnessy

D.C. Bar 89946
913 M Street, N.W., Suite 101
Washington, DC 20001
(202) 842-1700

Attorney for Plaintiff