IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM**<br><br>        **Plaintiff,**<br>    v.<br><br>**WASHINGTON HOSPITAL CENTER**<br><br>        **Defendant.** | **CASE NO.: 1:05-cv-02352**<br>**Judge Robertson** |

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL**
**RESPONSES TO DISCOVERY REQUESTS**

COMES NOW, plaintiff Fady Kassem, by and through counsel, and, in support of his motion to compel responses to discovery requests, submits the following points and authorities.

Plaintiff is entitled to an Order compelling responses to interrogatories and requests for documents pursuant to Fed. R. Civ. P 37.

WHEREFORE, plaintiff Kassem requests that this Court order defendant to respond promptly and fully to plaintiff Kassem's discovery requests.

Respectfully submitted,

_____
Brian W. Shaughnessy
D.C. Bar 89946
913 M Street, N.W., Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for Plaintiff