IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADY KASSEM**<br><br>        **Plaintiff,**<br><br>   v.<br><br>**WASHINGTON HOSPITAL CENTER**<br><br>        **Defendant.** | **CASE NO.: 1:05-cv-02352**<br>**Judge Robertson** |

## ORDER

Upon consideration of plaintiff Fady Kassem's Motion to Compel Responses to Discovery Requests and the entire record, it is hereby

ORDERED, this ___ day of August 2008, that plaintiff's Motion to Compel is GRANTED and it is

FURTHER ORDERED that defendant Washington Hospital Center provide full and complete responses to plaintiff's First Set of Interrogatories and his two Requests for Production of Documents by August __ 2008.

                                                                                                    _____
                                                                                                     JUDGE

Copies to:

| | |
|---|---|
| Brian W. Shaughnessy | Keith J. Harrison |
| Shaughnessy, Volzer & Gagner, P.C. | Crowell & Moring LLP |
| 913 M Street, N.W., Suite 101 | 1001 Pennsylvania Ave, NW |
| Washington, D.C. 20005 | Washington, D.C. 20004 |