IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FADY KASSEM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 05-cv-2352 (JR) |
| | ) |
| WASHINGTON HOSPITAL CENTER, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

Defendant Washington Hospital Center together with Plaintiff Fady Kassem, by and through their attorneys, and pursuant to Local Rule 7(m) and the Scheduling Order in this matter, request this Court to extend the close of discovery for approximately thirty-five (35) days until September 19, 2008. In support thereof, the parties state as follows:

1. Discovery is set to close on August 15, 2008.

2. Mediation is scheduled for September 8, 2008 and the pretrial conference and trial are set for October 9 and October 20, 2008, respectfully.

3. The parties have been cooperating with each other in discovery, and have amicably proceeded with written discovery and the scheduling of depositions. However, the parties have experienced difficulties and delays in scheduling depositions and witness interviews and in the exchange of written discovery.

4. Specifically, a number of the key witnesses have been and will remain unavailable for deposition until the middle of September.

5. The parties believe this extension will allow them to fully complete discovery and will not affect the pretrial conference or trial already scheduled.

6. Accordingly, given the good faith and diligence in discovery exhibited by both parties, the parties respectfully request that this Court extend the time to complete discovery approximately 35 days until September 19, 2008.

WHEREFORE, the parties respectfully request this Honorable Court to grant their Joint Motion to Extend Discovery Deadline and set the close of discovery for September 19, 2008.

                      Respectfully submitted,

Dated: August 15, 2008                 /s/ Daniel Creekman
                                    Keith J. Harrison (D.C. Bar No. 416755)
                                    Daniel M. Creekman (D.C. Bar No. 488983)
                                    CROWELL & MORING LLP
                                    1001 Pennsylvania Avenue, N.W.
                                    Washington, DC 20004-2595
                                    (202) 624-2500
                                    (202) 628-5116 (fax)

                                    Counsel for Washington Hospital Center

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FADY KASSEM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | 05-cv-2352 (JR) |
| ) | |
| **WASHINGTON HOSPITAL CENTER,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the Joint Motion to Extend Discovery Deadline, it is hereby ORDERED that the Joint Motion to Extend Discovery and Deadline is hereby:

GRANTED.

It is further ORDERED that discovery will close on September 19, 2008.

Dated this _____ date of 2008

_____
The Honorable James Robertson
United States District Court for the District of Columbia

dciwdms: 6202104_1

Copies to:

Keith J. Harrison (D.C. Bar #416755)
Daniel M. Creekman (D.C. Bar No. 488983)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595


Brian Shaughnessy, Esq.
913 M Street, N.W.
Suite 101
Washington, DC  20001

4

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 15th day of August 2008, the foregoing Joint Motion to Extend Discovery was delivered via electronic service and First Class U.S. Mail to the following individual:

> Brian Shaughnessy, Esq.
> 913 M Street, N.W.
> Suite 101
> Washington, DC  20001
>
> Counsel for Plaintiff

>    /s/ Daniel M. Creekman
> Daniel M. Creekman

dciwdms: 6202104_1